IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

| | | |
|---|---|---|
| Michael Ranck, | : | Case No. 3:21-cv-10912-RHC-KGA |
| Plaintiff, | : | Hon. Robert H. Cleland |
| vs. | : | |
| | | **STIPULATED NOTICE OF** |
| Flex-N-Gate Corporation, *et al.*, | : | **DISMISSAL** |
| Defendants. | : | |

s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s-s

This day came the parties by their attorneys in open court and declared this cause amicably resolved.

IT IS THEREFORE ORDERED that this cause be, and the same hereby is, dismissed with prejudice to another action at plaintiff's court costs, with each party to bear its own deposition and other pretrial costs and attorney fees.

| | |
|---|---|
| _January 6, 2022 | s/Robert H. Cleland |
| Date: | Hon. Robert H. Cleland |

STIPULATED AND AGREED TO BY:

*/s/ Thomas R. Warnicke*
THOMAS R. WARNICKE (P47148)
Attorney for Plaintiff
tom@warnickelaw.com

*/s/ Lynn V. Luther*
Lynn V. Luther (P66148)
Attorney for Defendants
lvluther@eastmansmith.com

5898931.2